# Exhibit 1

**Map of LISD Trustee Home Addresses and LISD Boundary Map**





4828-5830-1575.1