UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANK VAUGHAN § | |
| § | |
| v. § | CIVIL NO. 4:19-CV-109-SDJ |
| § | |
| LEWISVILLE INDEPENDENT § | |
| SCHOOL DISTRICT § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, having previously dismissed all of Plaintiff Frank Vaughan's claims for lack of jurisdiction, (Dkt. #61), and having granted Defendant Lewisville Independent School District's Motion for Separate Judgment and Award of Costs, (Dkt. #67), the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

It is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiff Frank Vaughan's claims are **DISMISSED with prejudice**. Plaintiff shall take nothing on all claims asserted against Defendant.

It is further **ORDERED** that Defendant Lewisville Independent School District is awarded just costs against Plaintiff Frank Vaughan, as authorized by 28 U.S.C. § 1919. Specifically, Lewisville Independent School District is awarded its taxable costs, as enumerated in 28 U.S.C. § 1920.

All relief not granted in this Final Judgment is **DENIED**.

**So ORDERED and SIGNED this 16th day of October, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE