# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Frank Vaughan | ) |
| | ) |
| v. | ) Case No.: 4:19-CV-109-SDJ |
| Lewisville Independent School District | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  10/16/2020  against  Plaintiff Frank Vaughan  ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 0.00 |
| Fees for service of summons and subpoena ................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 11,643.20 |
| Fees and disbursements for printing ..................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................. | 0.00 |
| Docket fees under 28 U.S.C. 1923 ....................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................... | 0.00 |
| Compensation of court-appointed experts ................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* .......................................... | 0.00 |
| TOTAL | $ 11,643.20 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Meredith Prykryl Walker

Name of Attorney:  Meredith Prykryl Walker

For:  Lewisville Independent School District     Date:  10/29/2020
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*     *Deputy Clerk*     *Date*



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 117523

**Invoice Date:** 11/27/2019

**Payment Terms:** Net 30

**BILL TO:**
Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Suite 600
Irving, Texas 75062
United States

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Dr. John R. Alford
**Event Date:** 11/05/2019
**Note:** Concluding at 5:39 p.m.
**Location:** Videotaped Deposition held in Irving, Texas

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped/Technical Testimony - Read and Sign | 365 | $1,971.00 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 92 | $96.60 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191     1.5% finance charge per month on delinquent balances.     Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____
_____

Name on Card _____
Signature _____

Total Due                $2,179.10

Payments/Credits         $0.00

**Balance Due**          $2,179.10

After 12/27/2019 Pay     $2,505.97



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 114110

**Invoice Date:** 10/30/2019

**Payment Terms:** Net 30

**BILL TO:**
Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Suite 600
Irving, TX 75062
UNITED STATES

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Angie Cox
**Event Date:** 10/16/2019
**Location:** Videotaped Deposition held in Lewisville, TX

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped Testimony | 446 | $2,007.00 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 57 | $59.85 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191      1.5% finance charge per month on delinquent balances.      Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____
_____

Name on Card _____
Signature _____

| | |
|---|---|
| Total Due | $2,178.35 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,178.35** |
| After 11/29/2019 Pay | $2,505.10 |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 553594 | 11/7/2019 | 413271 |
| **Job Date** | **Case No.** ||
| 10/14/2019 | 4:19-CV-00109-ALM -KPJ ||
| **Case Name** |||
| Frank Vaughan v. Lewisville Independent School District, et al |||
| **Payment Terms** |||
| Due upon receipt |||

Meredith Walker
Walsh Gallegos Trevino Russo & Kyle, PC
105 Decker Court, Ste. 600
Irving, TX 75062

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Kenneth R. Mayer     702.25

**TOTAL DUE >>>**    **$702.25**
AFTER 12/7/2019 PAY    $712.78

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

VISIT WWW.LEXITASLEGAL.COM/BILL-PAY TO MAKE A PAYMENT

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Meredith Walker
Walsh Gallegos Trevino Russo & Kyle, PC
105 Decker Court, Ste. 600
Irving, TX 75062

Job No.      : 413271          BU ID      : DAL-R
Case No.     : 4:19-CV-00109-ALM -KPJ
Case Name    : Frank Vaughan v. Lewisville Independent
               School District, et al
Invoice No.  : 553594          Invoice Date : 11/7/2019
**Total Due**    : **$702.25**
AFTER 12/7/2019 PAY $712.78

Remit To: **Deposition Solutions, LLC DBA Lexitas**
**P.O. Box 734298**
**Dept. 2001**
**Dallas, TX 75373-4298**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 114713
**Invoice Date:** 11/05/2019
**Payment Terms:** Net 30

**BILL TO:**
Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Suite 600
Irving, TX 75062
UNITED STATES

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Tracy Scott Miller
**Event Date:** 10/23/2019
**Location:** Videotaped Deposition held in Lewisville, TX

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped Testimony - Read and Sign | 371 | $1,799.35 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 141 | $148.05 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191     1.5% finance charge per month on delinquent balances.     Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____
_____

Name on Card _____
Signature _____

Total Due                                      $2,058.90

Payments/Credits                               $0.00

**Balance Due**                                $2,058.90

After 12/5/2019 Pay                            $2,367.74



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 118940

**Invoice Date:** 12/11/2019

**Payment Terms:** Net 30

**BILL TO:**
D. Craig Wood
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Suite 600
Irving, Texas 75062
United States

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Dr. Peter A. Morrison
**Event Date:** 11/08/2019
**Location:** Videotaped Deposition held in Irving, Texas

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped/Technical Testimony - Read & Sign | 140 | $756.00 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 200 | $210.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191        1.5% finance charge per month on delinquent balances.        Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa  /  Mastercard  /  American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____
_____

Name on Card _____
Signature _____

Total Due        $1,077.50

Payments/Credits        $0.00

**Balance Due**        $1,077.50

After 1/10/2020 Pay        $1,239.13



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173  F: 267.775.3310

**Invoice No:** 115005

**Invoice Date:** 11/07/2019

**Payment Terms:** Net 30

**BILL TO:**

Meredith Prykryl Walker
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Ste. 600
Irving, Texas   75062
United States

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Dr. Kevin Rogers
**Event Date:** 10/25/2019
**Location:** Videotaped Deposition held in Lewisville, TX

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped/Technical Testimony | 401 | $2,025.05 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 31 | $32.55 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #

| | |
|---|---|
| Total Due | $2,169.10 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,169.10** |
| After 12/7/2019 Pay | $2,494.47 |



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P: (844) 359-1173 F: 267.775.3310

# INVOICE

**Invoice No:** 117057

**Invoice Date:** 11/25/2019

**Payment Terms:** Net 30

**BILL TO:**
D. Craig Wood
Walsh Gallegos Trevino Russo & Kyle, PC-Irving
105 Decker Court, Suite 600
Irving, Texas 75062
United States

**Case Name:** Frank Vaughan v. Lewisville ISD, et al.
**Witness:** Katherine Sells
**Event Date:** 11/12/2019
**Location:** Videotaped Deposition held in Houston, TX

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped Testimony - Read and Sign | 362 | $1,755.70 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 76 | $79.80 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191     1.5% finance charge per month on delinquent balances.     Payment not contingent upon client reimbursement.

FOR PAYMENT BY CREDIT CARD

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____
_____

Name on Card _____
Signature _____

Total Due                                  $1,947.00

Payments/Credits                              $0.00

**Balance Due**                            **$1,947.00**

After 12/25/2019 Pay                       $2,239.05