# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2021

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 20-40773    Vaughan v. Lewisville Indep Sch Dist
                     USDC No. 4:19-CV-109

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shawn D. Henderson, Deputy Clerk
                          504-310-7668

cc w/encl:
    Mr. William A. Brewer III
    Mr. Michael Joseph Collins
    Ms. Meredith Prykryl Walker
    Mr. Donald Craig Wood

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-40773

_____

A True Copy
Certified order issued Feb 19, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

FRANK VAUGHAN,

                  *Plaintiff—Appellant*,

versus

LEWISVILLE INDEPENDENT SCHOOL DISTRICT,

                  *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-109

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 19, 2021, pursuant to appellant's motion.

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                       By: _____
                           Shawn D. Henderson, Deputy Clerk
          ENTERED AT THE DIRECTION OF THE COURT