UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANK VAUGHAN | § |
| | § |
| v. | §   CIVIL NO. 4:19-CV-109-SDJ |
| | § |
| LEWISVILLE INDEPENDENT | § |
| SCHOOL DISTRICT | § |

## ORDER

Following the Fifth Circuit's decision in *Vaughan v. Lewisville Independent School District*, 62 F.4th 199 (5th Cir. 2023), the Court has received the parties' Notice of Agreement Regarding Attorney's Fees, in which the parties indicate that they have "reached an agreement in principle" regarding attorney's fees. (Dkt. #89).

It is therefore **ORDERED** that on or before **June 12, 2023**, Defendant Lewisville Independent School District shall file with the Court a notice indicating whether Defendant will continue to seek attorney's fees in this matter.

**So ORDERED and SIGNED this 11th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE