UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANK VAUGHAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LEWISVILLE INDEPENDENT SCHOOL § <br> DISTRICT, § <br> § <br> Defendant. § | Civil Action No. 4:19-cv-00109-SDJ |

## NOTICE REGARDING ATTORNEY'S FEES

Defendant Lewisville Independent School District (Lewisville ISD or the District) submits to the Court this Notice Regarding Attorney's Fees, and, in support thereof, respectfully would show the Court as follows:

1. The parties attended mediation with the Honorable Harlan Martin on March 29, 2023, regarding the matter *Dixon v. Lewisville ISD* and reached an agreement in principle. The Board of Trustees approved the agreement in principle and authorized its counsel to proceed with effectuating the proposed resolution.

2. As part of the agreement reached in mediation for the matter *Dixon v. Lewisville ISD*, the District agreed to not seek attorney's fees further in the matter *Vaughan v. Lewisville ISD*.

3. On April 11, the Court ordered the District to inform the Court whether it intends to continue to seek attorneys' fees in this matter. Since that time, the District and Plaintiff in the *Dixon* matter have been finalizing the matter.

4. While the settlement in the *Dixon* matter is not yet finalized, given the status of the settlement and the continued intent to move forward, Lewisville ISD will not pursue attorneys' fees further in the Court pursuant to the agreement with Plaintiff's counsel.

WHEREFORE, PREMISES CONSIDERED, based on the foregoing, Defendants pray this Court accept this Notice Regarding Attorney's Fees

Respectfully submitted,

By: /s/Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
D. Craig Wood
State Bar No. 21888700

Meredith Prykryl Walker
WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

D. Craig Wood
WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209
210.979.6633
210.979.7024 (facsimile)
cwood@wabsa.com

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

On June 12, 2023, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

William A. Brewer III
Brewer Storefront, PLLC
1717 Main Street, Suite 5900
Dallas, Texas 75201

/s/Meredith Prykryl Walker
Meredith Prykryl Walker